UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NANCY A. NOLETTE, et al.. | Case No. 2:12-CV-1414 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ROGER TOBLER, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Nancy Nolette's motion to extend time to file a response to defendant City of Boulder's renewed motion to dismiss. (ECF No. 48); *see* (ECF No. 46).

On October 24, 2013, the court granted defendant's motion to dismiss. (ECF No. 34). On November 21, 2013, plaintiff filed a notice of appeal. (ECF No. 36). On October 30, 2017, the Ninth Circuit issued a memorandum disposition reversing and remanding the order granting defendant's motion to dismiss. (ECF No. 41).

On January 30, 2018, defendant filed a renewed motion to dismiss. (ECF No. 46). Responses are currently due by February 13, 2018. Plaintiff requests an extension of time to file her response, citing a need to obtain counsel to adequately brief her concerns. (ECF No. 48). Plaintiff has represented herself in these proceedings, but recently came to the realization that she needs legal assistance to advance her claims. *Id.* Plaintiff requests that the court extend the due date for responses to March 16, 2018. *Id.*

In order to promote the efficient resolution of this case on the merits, the court will grant the motion to extend time.

James C. Mahan
U.S. District Judge

Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion to extend time (ECF No. 48) be, and the same hereby is, GRANTED. Plaintiff will have until March 16, 2018, to file her response. The court will not grant any further extensions of time.

DATED February 12, 2018.

_____
UNITED STATES DISTRICT JUDGE