**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Micah S. Echols, Esq.
Nevada Bar No. 8437
Adele V. Karoum, Esq.
Nevada Bar No. 11172
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
mechols@maclaw.com
akaroum@maclaw.com
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY A. NOLETTE, in pro se and DOES 1-10, | Case No.: 2:12-cv-01414-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO OPPOSITION TO RENEWED MOTION TO DISMISS (FIRST REQUEST)** |
| ROGER TOBLER, CAM WALKER, DUNCAN MCCOY, DAVID OLSEN, all in their official and individual capacities; and the CITY OF BOULDER CITY, | |
| Defendants. | |

Remaining Defendant, City of Boulder City ("Defendant"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff, Nancy A. Nolette ("Plaintiff"), by and through her counsel of record, Randazza Legal Group, hereby stipulate and agree as follows:

1.    On   January 30, 2018, Defendant filed their Renewed Motion to Dismiss [ECF No. 46 ];

2.    On March 16, 2018, Plaintiff filed her Opposition to Defendant's Renewed Motion to Dismiss [ECF No. 51];

MAC:11779-043 3356101_1 3/20/2018 3:06 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  3. The deadline for Defendant to file its response to Plaintiff's Opposition to

2 Defendant's Renewed Motion to Dismiss is March 23, 2018;

3  4. The parties have agreed to a two-week extension of the deadline until April 6,

4 2018 by which Defendant must file its response.

5  IT IS SO STIPULATED.

6 Dated this 20th day of March, 2018   Dated this 20th day of March, 2018

7 **MARQUIS AURBACH COFFING**  **RANDAZZA LEGAL GROUP, PLLC**

8

9 By: _/s/Adele V. Karoum_   By: _/s/ Marc J. Randazza_
   Craig R. Anderson, Esq.     Marc J. Randazza, Esq.

10  Nevada Bar No. 6882      Nevada Bar No. 12265
   Micah S. Echols, Esq.      Ronald D. Green, Esq.

11  Nevada Bar No. 8437      Nevada Bar NO. 7360
   Adele V. Karoum, Esq.      Alex J. Shepard, Esq.

12  Nevada Bar No. 11172     Nevada Bar No. 13582
   10001 Park Run Drive      4035 S. El Capitan Way

13  Las Vegas, Nevada 89145    Las Vegas, NV 89147
   Attorneys for Defendant     Attorneys for Plaintiff

14

15        **<u>ORDER</u>**

16  Based on the Parties' foregoing Stipulation and for good cause appearing,

17  **IT IS SO ORDERED** that Defendant's last day to file a response to Plaintiff's

18 Opposition to Defendant's Renewed Motion to Dismiss is **April 6, 2018**.

19  Dated March 21, 2018.

20

21      _____

22    UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816