**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Micah S. Echols, Esq.
Nevada Bar No. 8437
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
mechols@maclaw.com
kwilde@maclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY A. NOLETTE, in pro se and DOES 1-10,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER TOBLER, CAM WALKER, DUNCAN MCCOY, DAVID OLSEN, all in their official and individual capacities; and the CITY OF BOULDER CITY,<br><br>Defendants. | Case No.: 2:12-cv-01414-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO OBJECTION TO BILL OF COSTS**<br>**(First Request)** |

Defendant, City of Boulder City ("Defendant"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff, Nancy A. Nolette ("Plaintiff"), by and through her counsel of record, Randazza Legal Group, hereby stipulate and agree as follows:

1. On August 1, 2018, Defendant filed their Bill of Costs [ECF No. 59 ];

2. On August 15, 2018, Plaintiff filed her Objection to Bill of Costs [ECF No. 60];

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. The deadline for Defendant to file its response to Plaintiff's Objection to Bill of Costs is August 22, 2018;

4. The parties have agreed to a one-week extension of the deadline until August 29, 2018 by which Defendant must file its response.

IT IS SO STIPULATED.

Dated this 22nd day of August, 2018

**MARQUIS AURBACH COFFING**

By: /s/ Micah S. Echols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Micah S. Echols, Esq.
    Nevada Bar No. 8437
    Kathleen A. Wilde, Esq.
    Nevada Bar No. 12522
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendant*

Dated this 22nd day of August, 2018

**RANDAZZA LEGAL GROUP, PLLC**

By: /s/ Ronald D. Green
    Marc J. Randazza, Esq.
    Nevada Bar No. 12265
    Ronald D. Green, Esq.
    Nevada Bar No. 7360
    Alex J. Shepard, Esq.
    Nevada Bar No. 13582
    2764 Lake Sahara Drive, Suite 109
    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

### ORDER

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS SO ORDERED** that Defendant's last day to file a response to Plaintiff's Objection to Bill of Costs is **August 29, 2018**.

Dated August 22, 2018.

                                        UNITED STATES DISTRICT JUDGE